# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Larry Joe Mounts,

    Plaintiff,

        v.                                Case No.   1:24cv312

Roadstar Motors, LLC,

    Defendant.

## JUDGMENT IN A CIVIL CASE

[ ]    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ ]    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[ X ]    **DECISION BY COURT**: This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED:** The Court denied Mounts's motion for summary judgment and granted Roadstar's motion for summary judgment. The Court denied as moot Roadstar's motion to strike. The parties will bear their own fees and costs. The Court ordered that within ninety (90) days of the date of their order, Mounts must either (1) facilitate the return of the subject vehicle to Roadstar (whereupon the deposit, trade-in value, and financer check will be tendered to Mounts); or (2) tender a payment of $6,499 (plus any applicable state taxes and fees) to Roadstar, representing the difference between the advertised all-cash sales price of the vehicle and the amount Mounts paid through his down payment and trade-in.

Date: January 5, 2026                              Richard W. Nagel, Clerk
                                                                       Clerk

                                                            By:    *s/ Krista Zeller*
                                                                              Deputy Clerk